JS 44  (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Coltrin, Kip

### DEFENDANTS

Blinn County Community College, ET AL

**(b)** County of Residence of First Listed Plaintiff  **Calcasieu, LA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  **Washington County, TX**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Evan T. Edwards, 969 Coolidge, Lafayette, La 70503

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☐ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☒ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | |
| ☐ 195 Contract Product Liability | Injury | ☐ 380 Other Personal Property Damage | | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
Auto accident, Plaintiff (LA citizen) rear-ended by Defendant (TX citizen / employee)

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER  1:25-cv-244

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| Feb 19, 2025 | /s/ Evan T. Edwards |

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| **KIP COLTRIN** | * | |
| | * | |
| **VERSUS** | * | **CIVIL NO: 1:25-cv-244** |
| | * | |
| | * | |
| **BLINN COUNTY COMMUNITTY** | * | |
| **COLLEGE, ET AL** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S COMPLAINT AND JURY DEMAND

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE

Now comes, **KIP COLTRIN,** hereinafter referred to as "Plaintiff" complaining of Defendants Blinn County Community College-Brenham, Blinn College District Police Department, and the Texas Association of School Boards (TASB) hereinafter collectively referred to as "Defendants" and for cause of action would respectfully show the court and as follows:

### 1   JURISDICTION AND VENUE

1       This court has jurisdiction over the suit pursuant to 28 USC §1332(a)(1) and the power to hear a declaratory judgment action per 28 USC §2201(a) and 28 USC § 2202.

2       Venue is proper in this court under 28 USC § 1391(b) (2) as a substantial part of events, action of negligence, issue of liability, and/or omissions giving rise to this claim occurred in Washington County, Texas, a county encompassed in the Western District of Texas.

### 2. PARTIES AND SERVICE

3       Plaintiff is KIP COLTIRN an individual who is a citizen of the State of Louisiana.

4    Defendant Texas Association of School Boards is an organization organized under the laws of the State of Texas with its principal place of business in Austin, Texas, 12007 Research Blvd. Austin, TX 78759-2429.

5    Blinn County Community College-Brenham with its principal place of business in Washington County, Texas, may be served with process by serving its required agent for service 902 College Ave., Brenham, TX 77833.

6    Blinn College District Police Department, with its principal place of business in Washington County, Texas, may be served with process by serving its required agent for service 902 College Ave., Brenham, TX 77833.

7    Joel Angel Chavez in his individual capacity and as an employee of Blinn College District Police Department, who works and is believed to reside principally in Washington County, Texas, may be served with process by serving its required agent for service 902 College Ave., Brenham, TX 77833.

## 3. NATURE OF CLAIM

8    Plaintiff sustained severe bodily injuries and damages as a result of an automobile accident that occurred on February 21, 2023.

9    Defendant has refused or has been unable to make a fair settlement offer to attempt to resolve this matter, in accordance with the law.

10    The disagreement or miscommunication between the Plaintiff and Defendant has forced Plaintiff to seek judgment against Defendant.

## 4. STATEMENT OF FACTS

11    On or about February 21, 2023, KIP COLTRIN was operating his vehicle heading west bound on US Highway 290.

12    On or about February 21, 2023, JOEL ANGEL CHAVEZ was also operating a vehicle headed west bound on US Highway 290.

13    Mr. Chavez was in the course and scope of his employment, and the vehicle being operated was a police unit owned and operated by the Blinn County Community College-Brenham and/or the Blinn College District Police.

14    Mr. Coltrin had slowed/stopped his vehicle due to traffic conditions on Highway 290, when he was suddenly and violently hit form behind by the vehicle being operated by Mr. Chavez.

15    The police report indicates that at the time of the incident Mr. Chavez was distracted and/or using his unit's computer.

16    The impact was so violent that it totaled the drop-deck trailer that Mr. Coltrin was towing with his vehicle.

## 5. DAMAGES

17    Plaintiff has suffered and is suffering direct and personal injury as a result of the Defendant's negligence.

18    Plaintiff has incurred numerous medical expenses including but not limited to past, present and future medical expenses, property damage, loss of earning capacity and economic damages, pain and suffering, mental anguish, exemplary damages, interest, costs of suit, and other general and special damages.

## 6. MONETARY RELIEF

19    Because of all the above and foregoing, Plaintiff has been damaged and will be damaged in a sum above the minimum jurisdictional amount of this Court.

## 7. BENCH TRIAL DEMAND AND PRAYER

20    Plaintiff requests a jury trial.

21    Plaintiff avers that the amount in controversy is above the threshold to establish diversity

jurisdiction in this Court.

      **WHEREFORE**, PRESMISES CONSIDERED, Plaintiff requests that due service of Petition and citation issue herein upon Defendant(s), and that on final hearing of this cause, Plaintiff have declinatory judgment against Defendants as stated above, for costs of suit, for interest on the judgment for pre-judgment interest; and for any other relief in law or equity, both special and general to which Plaintiff may be justly entitled to.

 

**Respectfully Submitted,**

**EDWARDS | BOWIE**
**Evan T. Edwards (LA #35117)**
969 Coolidge Blvd
Lafayette, LA   70503
T: 337-237-0492; F: 337-232-7758
Email: edawrds@ebolegal.com
*Attorneys for Petitioner*

## VERIFICATION



**STATE OF LOUISIANA**

**PARISH OF LAFAYETTE**

      **BEFORE ME**, the undersigned authority, personally came and appeared:

             **KIP COLTRIN**, of the full age of majority and domiciled
             in the Parish of Calcasieu Parish, State of Louisiana.

who after being duly sworn, did depose and state that: He is the Petitioner named in the above

and foregoing Petition; that he has read same and that all statements contained therein are true

and correct to the best of his knowledge, information and belief.

                          **KIP COLTRIN**

      **SWORN TO AND SUBSCRIBED** before me this 3rd day of February, 2025.

                          **NOTARY PUBLIC**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above was electronically filed with the Clerk of Court using the CM/ECF system and/or U.S. Mail to the Defendants or any named counsel. Notice of this filing will be sent to all counsel of record via notice of electronic filing (NEF). Lafayette, Louisiana, this 19 day of February, 2025.

*/s/ Evan T. Edwards*

_____

Plaintiff's Counsel